UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

2010 MAR 15 PM 1: 11

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| IN RE: | ) | CASE NO. 03-56502 |
|---|---|---|
| | ) | |
| MURRY, AUTRY M. | ) | CHAPTER 7 |
| | ) | |
| Debtor (s) | ) | JUDGE MARILYN SHEA-STONUM |

### TRANSMITTAL OF UNCLAIMED FUNDS

ROBERT S. THOMAS, II, Trustee of this estate, reports the following:

1.　　Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

| Claim No. | Name and Address | Claim Amount | Dividend Amount |
|---|---|---|---|
| #3 | Chase Manhattan Bank, USA, NA<br>PO Box 52176<br>Phoenix, AZ 85072-2176 | $7,108.13 | $487.40 |

*Ck # 107*
*receipt # 81341*

2.　　My Trustee's check for $487.40　payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3.　　Nothing further remains to be done in this case.

Date:　 March 11, 2010

ROBERT S. THOMAS, II
Trustee in Bankruptcy